UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**PSC INDUSTRIES, INC.,**

    Plaintiff,

v.                                         Case No:5:12-CV-195-Oc-32PRL

**AVL SYSTEMS, INC.**

    Defendant.

## ORDER

    This matter is before the Court on the Motion for Writ of Garnishment. (Doc. 25). On January 11, 2013, the court entered default judgment in favor of Judgment Creditor PSC Industries, Inc. and against Judgment Debtor AVL Systems, Inc. in the amount of $45,000.00. Judgment Creditor PSC requests that the Court issue a writ of garnishment on Garnishee Bank of America Corporation, which may possess monies belonging to Judgment Debtor AVL. Judgment Creditor PSC claims that it is now entitled to recover $45,000.00 plus post-judgment interest from the date of Judgment at the rate of 0.16% per annum.

    While the Motion is otherwise due to be granted, the claimed interest rate appears to be in error. The Default Judgment provides that post-judgment interest will accrue at the rate provided by 28 U.S.C. §1961. (Doc. 24). Section 1961 provides "interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, **for the calendar week preceding the date of the judgment.**" (Emphasis added). The rate for the week ending January 4, 2013, which was the calendar week preceding the January 11, 2013 judgment was 0.15% per annum. See BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

- 2 -

http://www.federalreserve.gov/releases/h15/20130114/ (last visited May 10, 2013).[1] Accordingly, the Motion is **DENIED** without prejudice to renewal with the corrected rate of interest.

    **DONE** and **ORDERED** in Ocala, Florida on May 14, 2013.

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The rate for the week ending January 4, 2011 was 0.15%